**Eagle Tank Company, appellee, v. Gustave W. Stege et al., defendants. Stege Park Ridge Laundry, Inc., appellant. Gen. No. 33,427.**

Opinion filed July 3, 1929. Rehearing denied July 15, 1929.
 Theodore A. Kolb, for appellant. Bulkley, More, Poynton & Overmyer, for appellee.
 Mr. Presiding Justice Barnes delivered the opinion of the court.